In the matter of the BROOKLYN LYCEUM.

---

A "Lyceum" incorporated "for the promotion of intellectual and moral im-
provement," with power to have a cabinet of natural history, "library," &c.
and the whole to be devoted to literature, science and the arts, is not a cor-
poration subject to sequestration under the statute relating to proceedings
against corporations in equity.

---

*April* 13,     PETITION presented by judgment creditors to sequestrate
1840.       the property of the Brooklyn Lyceum, under the statute au-
thorizing proceedings in equity against corporations.   The
question was, as to how far this institution came within the
act.

THE VICE-CHANCELLOR :—*The Brooklyn Lyceum* was in-
corporated by an act of the legislature of the 2d May, 1814,
"for the promotion of intellectual and moral improvement,"
with power to hold property to the amount of twenty-five
thousand dollars ; and, in addition thereto, a cabinet of natural
history, *library*, museum, philosophical and other apparatus,
&c., the whole to be devoted solely to the purposes and objects
of literature, science and the arts, &c.   The second article of
title IV. chapter 8, third part of R. S. under which this peti-
tion is presented does not extend to any incorporated library
society, religious corporation, Lancasterian or select school,
&c.   (See the last section of the article.)   I am of opinion,
the Brooklyn Lyceum is within the class of corporations thus
exempt ; and that this court has no authority, upon this petition,
to sequestrate their property and effects.

These judgment creditors must be left to pursue some other
remedy.   Prayer of this petition is denied.